Dismissed and Memorandum Opinion filed June 26, 2008








Dismissed
and Memorandum Opinion filed June 26, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00088-CV

____________

 

POST-NEWSWEEK STATIONS, HOUSTON, L.P. (KPRC-TV), Appellant

 

V.

 

ERIC BENNINGTON and JACKIE BENNINGTON, Individually

and d/b/a ENB CONTRACTING, Appellees

 



 

On Appeal from the
295th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-03937

 



 

M E M O R A N D U M   O P I N I O N

This is
an accelerated appeal from an interlocutory order signed January 9, 2008.  On 
April 25, 2008, the parties advised the court that a settlement had been
reached.  Accordingly, we abated the appeal pending completion of the
settlement documents.  On June 19, 2008, the parties filed a joint motion to
dismiss the appeal because all issues have been rendered moot as a result of
their settlement agreement.  See Tex.
R. App. P. 42.1.  We reinstate the appeal and grant the motion.








Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed June
26, 2008.

Panel consists of Chief Justice Hedges and Justices
Fowler and Boyce.